UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| CAREY SMITH, | NOTICE OF MOTION |
| | FOR LEAVE TO AMEND |
| Plaintiff, | THE COMPLAINT PURSUANT |
| | TO FED.R.CIV.P 15 |
| | AND TO FILE UNDER SEAL |
| -versus- | INDEX NO. 6:18-cv-06658 |
| THE STATE OF NEW YORK; | ECF CASE |
| NEW YORK STATE CORRECTIONS | |
| OFFICER ("CO") KYLE KENNEDY; | |
| CO JOHN CRANCE; and | |
| JOHN AND JANE DOE NEW YORK | |
| STATE AGENTS NOS. 1-10, | |
| individually and in their official capacities, | |
| Defendants. | |

---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Moira Meltzer-Cohen dated November 12, 2020, the exhibits attached thereto, and Memorandum of Law in Support of Plaintiff's Motion for Leave to File an Amended Complaint Under Seal, plaintiff will move this Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and for other and further relief as the Court may deem just and proper.

Plaintiff requests the opportunity to reply to any opposition papers Defendants may file.

Dated: November 12, 2020
New York, New York

Respectfully submitted,

_____/S/_
Moira Meltzer-Cohen
*Attorney for Plaintiff*
277 Broadway, Suite 1501
New York, NY. 10007

347-248-6771