UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

CAREY SMITH,

                                                          18-cv-6658 (MAV)(MJP)

                                   Plaintiff,

                                                          **NOTICE OF MOTION**
       -against-                                            **FOR PRO HAC VICE**
                                                          **ADMISSION**

NEW YORK STATE, et al,

                                                   Defendants.
-----------------------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying affidavit of Moira Meltzer-Cohen, sworn to September 29, 2025, and the petition and affidavit of Regina Yu, sworn to September 29, 2025, and all pleadings and proceedings herein, Plaintiff Carey Smith will move this court, at a date and time to be determined by the Court, for an Order, pursuant to Local Rule 83.1 (c) of the Local Rules of Civil Procedure and for the United States District Court for the Western District of New York, admitting Regina Yu *pro hac vice* to represent Carey Smith before this Court in all proceedings in this action.

Dated: New York, NY
          September 29, 2025

                                                   **MOIRA MELTZER-COHEN**

                                                          /s/
                                                  By:_____
                                                  Moira Meltzer-Cohen
                                                  277 Broadway, Suite 1501
                                                  New York, NY 10007
                                                  t: 212.219.1919
                                                  e: meltzercohen@gmail.com