UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

**Regina Yu**
(Name of Petitioner)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
) ss:
COUNTY OF )

**Moira Meltzer-Cohen**, being duly sworn deposes and says:
Name of Sponsor

1. I reside at: 39A Hampton Place Brooklyn, NY 11213
City, State

and maintain an office for the practice of law at: 277 Broadway, Suite 1501 New York, NY 10007

2. I am an attorney at law, admitted to practice in the Courts of the State of New York, I was admitted to practice in the United States District Court for the Western District of New York on the 19th day of August, 2016.

3. I have known the petitioner since 2020 and under the following circumstances: she was an intern and is now an associate at a law firm to which I am of counsel.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: I have no reservations about recommending her to admission. She is careful, rigorous and honest.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: October 2, 2025
Date

_____
Signature of Sponsoring Attorney

Rev. 1/3/2023