UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

CAREY SMITH,

                                                                                            18 CV 6658 (MAV)(MJP)

                                     Plaintiff,

                                                                        **NOTICE OF MOTION**

          -against-

NEW YORK STATE, et al,

                                     Defendants.
------------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the accompanying Local Civil Rule 56(a)(1) Statement of Undisputed Material Facts, the Memorandum of Law dated October 13, 2025, the Declaration of Yan Fu and exhibits attached thereto, and all pleadings and proceedings previously had herein, Plaintiff Carey Smith will move before the Honorable Meredith A. Vacca, on a date to be determined by the Court, at the 2120 Kenneth B. Keating Federal Building, located at 100 State Street, Rochester, NY 14614, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Plaintiff summary judgment on liability against Defendant John Crance, together with costs, expenses, and attorney's fees, and such other relief as this Court deems just and proper.

       PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Civil Rule 7(a)(1), Plaintiff intends to file and serve reply papers.

Dated: New York, NY
October 13, 2025

GIDEON ORION OLIVER

*/s/ Gideon Orion Oliver*
277 Broadway, Suite 1501
New York, NY  10007
(718)783-3682
Gideon@GideonLaw.com

COHEN&GREEN P.L.L.C.

By: /s/ *Regina Yu*
Regina Yu
1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
(929) 888-9480
regina@femmelaw.com


THE FU FIRM PLLC

By: /s/ *Yan Fu*
Yan Fu
43 West 43rd Street, Suite 205
New York, NY 10036
(212) 584-0581
yfu@thefufirm.com

MOIRA MELTZER-COHEN

*/s/ Moira Meltzer-Cohen*
Moira Meltzer-Cohen
277 Broadway, Suite 1501
New York, NY 10007
(212) 219-1919
meltzercohen@gmail.com

*Attorneys for Plaintiff Carey Smith*