UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

CAREY SMITH,

                                                                         18 CV 6658 (MAV)(MJP)

                                       Plaintiff,

                                                                    **DECLARATION OF**
              -against-                                        **COUNSEL**

NEW YORK STATE, et al,

                                              Defendants.
-----------------------------------------------------------------------------X

      I, Yan Fu, attorney for Plaintiff Carey Smith, declare under penalty of perjury that the following statements are true and correct.

      1.      I am an attorney admitted to practice before this Court.

      2.      I submit this declaration to identify the exhibits submitted with Plaintiff's motion for summary judgment.

      3.      This declaration is made on information and belief based upon a review of the file maintained by my office.

      4.      Attached hereto as Exhibit 1 is a true copy of the September 21, 2026 Opinion and Award by arbitrator Timothy Taylor, Esq. in the *Matter of the Arbitration Between the State of New York Department of Corrections and Community Supervision and the New York State Correctional Officers and Police Benevolent Association* regarding grievant John Crance. Redactions were made by the New York State Department of Corrections and Community Supervision ("DOCCS") regarding the content of DOCCS's use of force policies and rules.

      5.      Attached hereto as Exhibit 2 is a true copy of excerpts from the transcript of the deposition of John Crance taken in this matter.

6. Attached hereto as Exhibit 3 is a true copy of the April 14, 2016 transcript of the arbitration proceedings.

7. Attached hereto as Exhibit 4 is a true copy of the April 21, 2016 transcript of the arbitration proceedings.

8. Attached hereto as Exhibit 5 is a true copy of the May 9, 2016 transcript of the arbitration proceedings.

9. Attached hereto as Exhibit 6 is a true copy of the June 6, 2016 transcript of the arbitration proceedings.

10. Attached hereto as Exhibit 7 is a true copy of the June 7, 2016 transcript of the arbitration proceedings.

11. Attached hereto as Exhibit 8 is a true copy of excerpts from the transcript of the deposition of Stephen Marketos taken in this matter.

12. Attached hereto as Exhibit 9 is a true copy of the DOCCS body receipt.

13. Attached hereto as Exhibit 10 are true copies of photographs of Plaintiff admitted as evidence in the arbitration.

14. Attached hereto as Exhibit 11 is a true copy of a photograph of Plaintiff admitted as evidence in the arbitration.

15. Attached hereto as Exhibit 12 is a true copy of the New York State Department of Corrections and Community Supervision Office of Special Investigations ("OSI") Report of Interview dated September 18, 2015.

16. Attached hereto as Exhibit 13 is a true copy of the OSI Report of Complaint Progress for case #IAD-15-1407.

17. Attached hereto as Exhibit 14 is a true copy of excerpts from the transcript of the

October 27, 2015 OSI recorded interview of Plaintiff.

18. Attached hereto as Exhibit 15 is a true copy of excerpts from the transcript of the deposition of Plaintiff taken in this matter.

19. Attached hereto as Exhibit 16 is a true copy of the report related to a photo array administered by OSI for case #IAD-15-1407.

20. Attached hereto as Exhibit 17 is a true copy of the DOCCS Notice of Discipline to Defendant Crance dated December 16, 2015.

21. Attached hereto as Exhibit 18 is a true copy of the Disciplinary Grievance form dated December 17, 2015.

22. Attached hereto as Exhibit 19 is a true copy of a letter dated February 26, 2016 from W. James Schwan, Esq. to arbitrator Timothy Taylor, Esq. regarding Mr. Taylor's designation as the arbitrator for Defendant Crance's arbitration.

Dated: October 13, 2025
New York, New York

>                                /s/ Yan Fu
>                                Yan Fu