EXHIBIT 6

Case 6:18-cv-06658-MAV-MJP Document 147-9 Filed 10/13/25 Page 1 of 2

Transcript of Arbitration Proceeding Marked "Confidential"

Subject of Pending Motion to File Under Seal (ECF No. 145)