EXHIBIT 7

Transcript of Arbitration Proceeding Marked "Confidential"

Subject of Pending Motion to File Under Seal (ECF No. 145)