EXHIBIT 8

```
 1                  UNITED STATES DISTRICT COURT

 2                  WESTERN DISTRICT OF NEW YORK

 3  _____

 4  CAREY SMITH,

 5           Plaintiff,

 6      -against-                         Case No.:

 7  NEW YORK STATE CORRECTIONS            18-CV-6658(MAV)(MJP)

 8  OFFICER("CO") KYLE KENNEDY;

 9  CO JOHN CRANCE; SGT. SGT. JOSEPH

10  DUDA; and CO STEVE MAHUNIK,

11  in their individual capacities,

12           Defendants.

13  _____

14                         DEPOSITION

15  _____

16

17  WITNESS:               STEPHEN MARKETOS

18  DATE:                  Friday, February 21, 2025

19  START TIME:            10:00 a.m., ET

20  END TIME:              1:05 p.m., ET

21  REMOTE LOCATION:       Remote Legal platform

22  PROCEEDINGS OFFICER:   Barbara Downey

23  JOB NO.:               33176

24

25
```

**Remote Legal Court Reporting**
**646.461.3400   info@remotelegal.com**

```
 1   shower at the facility?
 2        A    No.  Not to my recollection.
 3        Q    At any time on September 18, 2015, were you
 4   informed that Ms. Smith was taken to a room in the
 5   facility to shower?
 6        A    No.
 7        Q    Is it normal procedure for transportation
 8   officers to have an inmate shower in the infirmary prior
 9   to taking them out on a trip?
10        A    I wouldn't say it's normal.
11        Q    Well, does that stick out to you at all?
12        A    Yes.
13        Q    And why is that?
14        A    It's not something you hear every time before
15   a -- a trip.  The only times I've ever heard of that is
16   when the inmate's personal hygiene is so bad that you
17   have to have them shower before the trip, but that
18   usually happens long before the trip commences.
19        Q    Well, could -- would it have been acceptable
20   under DOCCS policies and procedures to force an inmate
21   to take a shower before they leave the facility?
22        A    No.
23        Q    There's some testimony in this case.  I think
24   it's undisputed that the officers took Ms. Smith to an
25   infirmary room that had a shower.  I'd like to little --
```

```
 1   know a little bit more about how the officers could have
 2   accessed such a room.
 3       A    So I'm trying to recall.  I don't remember if
 4   all of the rooms in the infirmary have showers or not,
 5   but typically the rooms are kept locked when they're in
 6   use or not in use.  And they would have had to been let
 7   in by the infirmary officer or obtained his keys
 8   somehow.
 9       Q    Because the infirmary officer keeps the keys
10   to the cells in the infirmary?
11       A    Correct.
12       Q    And these were -- and these were cells, right?
13   They're not like hotel rooms or anything like that.
14       A    They're -- they're not considered cells.
15   They're considered rooms.
16       Q    Okay.
17       A    They don't have bars on them.  It's a -- it's
18   a door with a glass window.  Similar to like an office
19   door, you'd almost say, but heavier.  And inside the
20   room it is -- it is furnished, I guess, similar --
21   similar to a cell.
22       Q    If Ms. Smith was taken for a shower in the
23   infirmary prior to being taken out of the facility, is
24   that something that the watch commander should have been
25   told about?
```

```
 1     A    Absolutely.
 2     Q    And why is that?
 3     A    Just because it deviates from typical
 4  protocol, and because this is a mental health inmate as
 5  well, I want to be notified of anything.  And -- and the
 6  inmate's being released.  You know, it's -- it's
 7  important to make sure that we're aware of everything
 8  that might be going on, even slightly out of the norm.
 9     Q    Well, does if -- if the inmate had asked to
10  take a shower, does that change your answer?
11     A    It -- it's difficult to say.  It doesn't
12  happen that often, but, yes, I would still want to be --
13  I would still want to be notified.
14     Q    And you would have wanted to be notified at
15  the time that that request was made by the inmate?
16     A    Yeah.  If the inmate had wanted a shower, we
17  would have afforded the inmate an opportunity to shower
18  on the housing unit, not in the infirmary.  I don't -- I
19  can't even imagine why that happened.
20     Q    At this time, I'm going to show you what we'll
21  mark as Plaintiff's 26.
22          (Exhibit 26 marked for identification.)
23               MR. FU:  For the record, this is a two-
24  page document Bates stamped Plaintiff's 001771 through
25  Plaintiff's 001772.
```