EXHIBIT 9

EXH-PL-1
Feb 05 2025

SIS

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

TRANSFERRING FACILITY: FPTS   DESTINATION FACILITY: Brooklyn Parole  PAGE 1 OF 1
OFQC- RC 213

The undersigned hereby certify that they have personally searched the inmate(s) whose name(s) and Department Identification Number(s) appear(s) below on 9-18-15 and who left at 3:00 a.m./p.m. on 9-18-15 and that, with the exception noted under "Search Results", no instruments or weapons by means of which escape may be affected or contraband articles were found.

### CERTIFICATE OF SEARCH

| DIN | NAME - LAST, FIRST | SEARCH RESULTS | SIGNATURE OF PERSON CONDUCTING FRISK | BAGS | MUSIC | TYPEW | CTBAR | MEDS | COURT BAGS |
|---|---|---|---|---|---|---|---|---|---|
| WA1107 | Smith, C. | NCF | | 2 | | | | | |

TOTALS: 2

☐ THIS PROPERTY HAS BEEN TRANSPORTED IN GOOD CONDITION   ☐ SEE ATTACHED

Matthew Kennedy
NAME OF OFFICER RESPONSIBLE FOR TRANSPORTATION / SIGNATURE

BODY RECEIPT - NAME OF RECEIVING FACILITY (#1) Brooklyn Parole  (#2) _____

TOTALS:
- 1 NO. OF INMATES
- 0 NO BOXES OF RECORDS
- 1 NO. OF ENVELOPES
- 2 NO. BAGS OF PERS. PROP.
- 0 NO. OF MUSIC INSTRUMENTS
- 0 NO. OF TYPEWRITERS
- 0 NO. OF COURT/ PAROLE BOXES
- 0 NO. OF BAGS MEDICATION
- 0 NO OF COURT BAGS

#1 RECEIVED BY
NAME W.N. Isaac
SIGN _____
DATE 9/18/15  TIME _____

#2 RECEIVED BY
NAME _____
SIGN _____
DATE _____  TIME _____

Dist:
WHITE (Superintendent of Transferring Facility)
CANARY (Officer in Charge of Transfer)
PINK (Receiving Facility)
GOLDENROD (Intermediate Receiving Facility)

FORM 2063 (5/11)

CRANCE 000536