EXHIBIT 10



CRANCE 000460



CRANCE 000461