EXHIBIT 11

