EXHIBIT 12



**Corrections and Community Supervision**

$S.4$

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

### NEW YORK STATE
### DEPARTMENT OF CORRECTIONS &
### COMMUNITY SUPERVISION
### OFFICE OF SPECIAL INVESTIGATIONS
### REPORT OF INTERVIEW

NAME: Smith, Carey

OSI CASE#: _____

IDENTIFICATION: Parolee complainant

SS# or DIN#: 10A1107

DATE: 9/18/2015 TIME: 6:00 P.M

LOCATION: Brooklyn N.Y

INVESTIGATOR: Troycie Celestine

On 9/18/2015, at 6:00P.M Parolee Smith was interviewed at New York Methodist Hospital in-regards to his allegation of assault by Five Points Transport Officers. He stated that at approximately 8:00A.M he was in C2-39 cell, when Officers took me out of my cell and brought him down to the 12.building to be striped. He was strip frisk and given his parole clothing. They (Officers) then took him to the infirmary. Once in the infirmary Officer Strenego told him that he needed to take a shower. Parolee Smith stated that he felt uncomfortable so he told Officer Strenego that he didn't want to take a shower, he just want to leave the jail. Smith indicated that he has a camera order and Officer K. Kennedy was holding the camera. Smith alleged that Strenego told Kennedy to turn the camera off. Smith stated this time he sat down on a metal bed, and once the camera was off Strenego began to beat him. He was then beaten so bad that he took a shower. He was punched about 8 to 9 times in his face which caused the injury to his left eye and gave him a bloody nose. Smith also stated that Officer K. Kennedy, Nurse Stevens, a Sergeant and an unknown officer was outside the room during this incident. Parolee Smith stated that he was not assaulted while in transport to Brooklyn Parole Office. However, he did indicated that he was threaten by the officer not to file a law suite about the beating. Smith stated that Officer K. Kennedy, Strenego, and two other unknown officers transported him from Five Points to Brooklyn Parole Office.

CRANCE 000463