EXHIBIT 13

## CERTIFICATION OF OFFICIAL GOVERNMENT RECORDS
(Pursuant to NY Civil Practice Law and Rules § 4540 and Criminal Procedure Law § 190.30)

State of New York
                    ss.:
County of Albany

The undersigned, being duly sworn, certifies the truth of the following:

1. That he/she is a duly authorized custodian of the records of New York State Department of Corrections and Community Supervision

   and that the records referenced herein are legally within my custody.

2. That this certificate accompanies the following records of the New York State Department of Corrections and Community Supervision:

   IAD-15-1407

3. A diligent search has been made of the records of the aforesaid government agency's records.

4. That the accompanying records are true and accurate copies of original records maintained by New York State Department of Corrections and Community Supervision.

_____
Signature

_____
Printed Name

_____
Title

Sworn to before me this
____ day of December, 2018

_____
Notary Public

DARREN T. MILLER
Notary Public, State of New York
No. 02MI5055643
Qualified in Saratoga County
Commission Expires February 12, 2022



State of New York
Department of Corrections
and Community Supervision
**Office of Special Investigations**
Report of Complaint Progress

**O.S.I. Case#: IAD/15/ 1407**          **Senior Investigator: C.D. Retrosi**

| Date | | Action Taken | |
|---|---|---|---|
| 9/21/2015 | Created | | Marcial Rosado JR |
| 9/22/2015 | 9/19/15 | 9/19/15- immediate dispatch- five points- confer with Capt. signor, review docs, review avail video, tour medical, draft, digital pics, request video<br>9/21/15- confer w/ supt, capt. review video, id staff email ADC, interview infirmary porters- review video, emaul ADC<br>9/22/15- receive case assignment, edit tracking, fpms, set up case file, add to case report, request photos of staff, reveice same, email photos and interview request to ADC Rosado. | Christopher D. Retrosi |
| 9/23/2015 | interview | 9/23/15- receive interview of I/M Smith, add to case file, receive memo from Mary Smith Bklyn RD, add to case file, conder with ADC Rosado re photo array and interview, Confer with DOO regarding Photo array policy, email ADC Rosado. | Christopher D. Retrosi |
| 9/29/2015 | On | at approximately 10:20am parolee Smith was interviewed within the Brooklyn parole offices. Sr. Inv. T. Celestine was present during the interview. Parole Smith was recorded during the interview. Parolee smith did indentify all of the CO'S involved in his transport to Bklyn. Parolee Smith did identify the CO who allegdly struck him in the face. Parolee Smith stated that he did not want to pursue the allegation. Parolee smith refused to sign any paperwork related to the investigation. | Marcial Rosado JR |
| 10/6/2015 | update | 10/1/15 rtn call from SP, voice mail, call returned to voice mail, receive and respond to email from mADC Rosado<br>10/2/15- Sr. Inv Dougherty received call from I/M Smith stating he does want to pursue investigation<br>10/4/15- receive photo array, tape of interview<br>10/6/15- review interview tape, call SP lab schedule appt for 10/8/15, prep for Q&A's | Christopher D. Retrosi |
| 10/14/2015 | update | 10/7/15- Q&A Staff<br>10/8/15-emails, review taped interview 2x's , @ NYSP lab for SD card examination, SD Card is "unreadable", unable to tell if anything was on it.<br>10/14/15-confer with ADC Knight, Director Shipley, email, update tracking. | Christopher D. Retrosi |
| 10/19/2015 | update | 10/19/15- review, confer with ADC, Start report, call fac. for Lt. Marketos schedule, organize case docs, email request for parole staff interviews, type interviews, confer with ADC Knight. Have recorded interview transcribed | Christopher D. Retrosi |
| 10/26/2015 | update | 10/20/15-start report<br>10/21/15- confer with BLR, work on report, email from Dep Comm Martescello<br>10/22/15- email request to ADC Rosado for medical docs from hosp.<br>10/23/15- review, confer w/ BLR, type time line brief for BLR<br>10/26/15- report, review transcripts, update blr, | Christopher D. Retrosi |
| 11/10/2015 | update | 10/26/15- staff schedules, email notices for Lt. Marketos, CO Gould<br>10/27/15- Emails w/ DC Martuscello, Dir. Ayotte<br>10/28/15- email staff statements and memos to Dir. Ayotte, Advise Dep. Chief Miller<br>10/30/15- @ Five Points, review, interview Lt. Marketos and CO Gould<br>11/2/15- receive, review transcript of I/M Smith's statement, confer with BLR, email ADC Rosado, call DSS Signor, left message<br>11/9/15- receive leag aid letter, confer with ADC Knight- need to Q&A RN's and CO Gould.<br>11/10/15-staff schedules ascertained, confer with DSS Chutty, call PEF for scheduling, email Q&A notices, email ADC knight, confer with BLR, schedule Q&A's | Christopher D. Retrosi |
| 11/12/2015 | update | 11/11/15- reschedule Q&A's, email notices<br>11/12/15- work on report, call DSS Signor: He reports that Lt. Marketos informed him that I/M Smith vomited and was offered but refused medical attention. He did not recall if the trip had departed the facility before he was notified. The trip team did have a cell phone. Confer w/ BLR.- ADC Rosado reports that Inmate Smith registered at the hospital but was not seen by medical staff. Two of the Parole staff were interviewed. One is on A.L. until next week. | Christopher D. Retrosi |

__/___/____

| | | | | |
|---|---|---|---|---|
| | 11/13/2015 | update | 11/13/15- review, Q&A prep. Q&A RN Stevens and Deming, Q&A CO K Gould, email BLR, set up phone meet for 11 a.m. Monday morning. Update ADC via email, receive, review Parole staff interviews (one still to be done), fwd interviews to BLR O'Gorman. | Christopher D. Retrosi |
| | 11/14/2015 | update | 11/14/15- review, organize case documentation, report, prep for 11/16/15 conference call with BLR and Personnl | Christopher D. Retrosi |
| | 11/17/2015 | update | 11/16/15- call Sony regarding internal memory, left message- internet research<br>11/17/15- review, confer with ADC Knight, prep for phone conf., call Sony, left message | Christopher D. Retrosi |
| | 11/25/2015 | update | 11/18/15- review CMS, next report date 11/24/15, email SPO Moses, ADC, BLR, call legal aid left message/ mail camera and SD card to sony tech services<br>11/20/15- call Parolee Smith left message, call Parolee's mother left message re. meeting at Brooklyn parole on 11/24/15 at noon, call legal aid advise them of meeting date time and place<br>11/23/15- call parolee confirm 11/24/15 at Brooklyn IV at noon<br>11/24/15- @ Brooklyn Parole for BLR interview with Parolee Smith<br>11/25/15- email regarding case being "checked out"<br>email from BLR, CO Duda to be admin leaved today, all involved suspend 12/1/15. edit tracking. | Christopher D. Retrosi |
| | 12/11/2015 | update | 11/30/15- BLR requests another Q&A with DuDa<br>112/1/15- email Q&A request, notification fot 12/7/15 q&a at 3<br>12/3/15- confer with blr, email staff memos, per ADC cancel q&a, advise collons supt. and BLR, request dates blr will be available, reschedule q&a 12/11/15 230 pm<br>12/4/15- receive medical docs, review add to case file<br>12/7/15- receive recovered video from SONY, review, no video from 9/18/15 was recovered, advise ADC and blr<br>12/8/15- report, organize case docs<br>12/10/15- print interview of PO Isaac, review, add to case report, fwd to blr, report<br>12/11/15- review case q&a prep for Duda, Q&A Duda | Christopher D. Retrosi |
| | 12/24/2015 | update | 12/17/15- receive, review Q&A trans,<br>12/21/15 -email BLR regarding NOD's, receive, review copies of NOD's , confer with ADC Knight, advised to confer with BLR regarding submitting case for action prior to report<br>12/22/15- BLR O'Gorman concurs that case should be submitted w/o report<br>12/22/15- confer with BLR | Christopher D. Retrosi |
| | 12/27/2015 | prep case for BLR | 12/27/15- review all case contents, organize docs, prep case for submission to BLR. | Christopher D. Retrosi |

12/28/15 - REVIEW - EMAIL FROM BLR REQUESTING
 SUBPOENA ON DUDA'S PHONE 716/▮▮▮▮
1/6/16 - FWD NYSCOPBA TRANSCRIPT REQUEST
 TO BLR
1/25/16 - REVIEW / UPDATE CHRONO
2/3/16 - BLR REQUES SIGNED HIPPA / MEDICAL
 AND MENTAL HEALTH RELEASE FROM P/M
 SMITH
2/4/16 - CONFER W/ ADC - CONTACT ADC ROSADO
 RE: REQUEST
 - RECEIVE ARBITRATION DATES 3/10, 16
2/5/16 - CONFER W/ BLR

| | 11/13/2015 | update | 11/13/15- review, Q&A prep. Q&A RN Stevens and Deming, Q&A CO K Gould, email BLR, set up phone meet for 11 a.m. Monday morning. Update ADC via email, receive, review Parole staff interviews (one still to be done), fwd interviews to BLR O'Gorman. | Christopher D. Retrosi |
|---|---|---|---|---|
| | 11/14/2015 | update | 11/14/15- review, organize case documentation, report, prep for 11/16/15 conference call with BLR and Personnl | Christopher D. Retrosi |
| | 11/17/2015 | update | 11/16/15- call Sony regarding internal memory, left message- internet research<br>11/17/15- review, confer with ADC Knight, prep for phone conf., call Sony, left message | Christopher D. Retrosi |
| | 11/25/2015 | update | 11/18/15- review CMS, next report date 11/24/15, email SPO Moses, ADC, BLR, call legal aid left message/ mail camera and SD card to sony tech services<br>11/20/15- call Parolee Smith left message, call Parolee's mother left message re. meeting at Brooklyn parole on 11/24/15 at noon, call legal aid advise them of meeting date time and place<br>11/23/15- call parolee confirm 11/24/15 at Brooklyn IV at noon<br>11/24/15- @ Brooklyn Parole for BLR interview with Parolee Smith<br>11/25/15- email regarding case being "checked out"<br>email from BLR, CO Duda to be admin leaved today, all involved suspend 12/1/15. edit tracking. | Christopher D. Retrosi |
| | 12/11/2015 | update | 11/30/15- BLR requests another Q&A with DuDa<br>112/1/15- email Q&A request, notification fot 12/7/15 q&a at 3<br>12/3/15- confer with blr, email staff memos, per ADC cancel q&a, advise collons supt. and BLR, request dates blr will be available, reschedule q&a 12/11/15 230 pm<br>12/4/15- receive medical docs, review add to case file<br>12/7/15- receive recovered video from SONY, review, no video from 9/18/15 was recovered, advise ADC and blr<br>12/8/15- report, organize case docs<br>12/10/15- print interview of PO Isaac, review, add to case report, fwd to blr, report<br>12/11/15- review case q&a prep for Duda | Christopher D. Retrosi |

12/11/15 - Q+A C.O. DUDA

12/12/15 - REVIEW /REPORT

12/17/15 - RECEIVE /REVIEW Q+A TRANSCRIPT OF C.O. DUDA.

__/__/__ - 2nd Q+A-

12/21/15 - EMAIL BLR REGARDING NOD'S

__/__/__ - RECEIVE/REVIEW COPIES OF NOD'S - CONFER

__/__/__ W/ ADC - ADVISED TO CONFER W/ BLR RE:

__/__/__ SUBMITTING CASE TO BLR FOR ACTION

__/__/__ PRIOR TO REPORT

12/22/15 - BLR O'CONMAN CONCURS - CASE SHOULD

__/__/__ BE SUBMITTED W/O REPORT -

12/27/15 - PREP CASE FOR FORWARD TO B.L.R.

| | | | | |
|---|---|---|---|---|
| 🗒 | 11/13/2015 | update | 11/13/15- review, Q&A prep. Q&A RN Stevens and Deming, Q&A CO K Gould, email BLR, set up phone meet for 11 a.m. Monday morning. Update ADC via email, receive, review Parole staff interviews (one still to be done), fwd interviews to BLR O'Gorman. | Christopher D. Retrosi |
| 🗒 | 11/14/2015 | update | 11/14/15- review, organize case documentation, report, prep for 11/16/15 conference call with BLR and Personnl | Christopher D. Retrosi |
| 🗒 | 11/17/2015 | update | 11/16/15- call Sony regarding internal memory, left message- internet research<br>11/17/15- review, confer with ADC Knight, prep for phone conf., call Sony, left message | Christopher D. Retrosi |
| 🗒 | 11/25/2015 | update | 11/18/15- review CMS, next report date 11/24/15, email SPO Moses, ADC, BLR, call legal aid left message/ mail camera and SD card to sony tech services<br>11/20/15- call Parolee Smith left message, call Parolee's mother left message re. meeting at Brooklyn parole on 11/24/15 at noon, call legal aid advise them of meeting date time and place<br>11/23/15- call parolee confirm 11/24/15 at Brooklyn IV at noon<br>11/24/15- @ Brooklyn Parole for BLR interview with Parolee Smith<br>11/25/15- email regarding case being "checked out"<br>email from BLR, CO Duda to be admin leaved today, all involved suspend 12/1/15. edit tracking. | Christopher D. Retrosi |

11/30/15 - BLR O'GORMAN WANTS ANOTHER Q+A W/
         Sgt (C.O.) DUDA
12/1/15 - EMAIL Q+A REQUEST / NOTIFICATION
         FOR 12/7/15 @ 3pm
12/3/15 - CONFIR W/ BLR - EMAIL STAFF
         MEMOS
       - PER ADC - CANCEL Q+A W/ DUDA -
         ADVISE COLLINS SUPT AND
         BLR - REQUEST DATES BLR WILL BE
         AVAILABLE
       - RESCHEDULE Q+A FOR 12/11/15 @ 230pm
12/4/15 - RECEIVE MEDICAL DOCS -
12/7/15 - RECEIVE REQUESTED VIDEO OF / REVIEW
       - NO VIDEO OF 9/18/15 - ADVISE ADC AND
         BLR
12/8/15 - REPORT / ORGANIZE CASE DOCUMENTATION
12/10/15 - PRINT P.O. NAJIEB ISAAC'S INTERVIEW
        - REVIEW / ADD TO CASE FILE / REPORT
12/11/15 - Q+A PREP -

State of New York
Department of Corrections
and Community Supervision
**Office of Special Investigations**
Report of Complaint Progress

**O.S.I. Case#: IAD/15/ 1407**            **Senior Investigator: C.D. Retrosi**

| Date | | Action Taken | |
|---|---|---|---|
| 9/21/2015 | Created | | Marcial Rosado JR |
| 9/22/2015 | 9/19/15 | 9/19/15- immediate dispatch- five points- confer with Capt. signor, review docs, review avail video, tour medical, draft, digital pics, request video<br>9/21/15- confer w/ supt, capt. review video, id staff email ADC, interview infirmary porters- review video, emaul ADC<br>9/22/15- receive case assignment, edit tracking, fpms, set up case file, add to case report, request photos of staff, reveice same, email photos and interview request to ADC Rosado. | Christopher D. Retrosi |
| 9/23/2015 | interview | 9/23/15- receive interview of I/M Smith, add to case file, receive memo from Mary Smith Bklyn RD, add to case file, conder with ADC Rosado re photo array and interview, Confer with DOO regarding Photo array policy, email ADC Rosado. | Christopher D. Retrosi |
| 9/29/2015 | On | at approximately 10:20am parolee Smith was interviewed within the Brooklyn parole offices. Sr. Inv. T. Celestine was present during the interview. Parole Smith was recorded during the interview. Parolee smith did indentify all of the CO'S involved in his transport to Bklyn. Parolee Smith did identify the CO who alleggdly struck him in the face. Parolee Smith stated that he did not want to pursue the allegation. Parolee smith refused to sign any paperwork related to the investigation. | Marcial Rosado JR |
| 10/6/2015 | update | 10/1/15 rtn call from SP, voice mail, call returned to voice mail, receive and respond to email from mADC Rosado<br>10/2/15- Sr. Inv Dougherty received call from I/M Smith stating he does want to pursue investigation<br>10/4/15- receive photo array, tape of interview<br>10/6/15- review interview tape, call SP lab schedule appt for 10/8/15, prep for Q&A's | Christopher D. Retrosi |
| 10/14/2015 | update | 10/7/15- Q&A Staff<br>10/8/15-emails, review taped interview 2x's , @ NYSP lab for SD card examination, SD Card is "unreadable", unable to tell if anything was on it.<br>10/14/15-confer with ADC Knight, Director Shipley, email, update tracking. | Christopher D. Retrosi |
| 10/19/2015 | update | 10/19/15- review, confer with ADC, Start report, call fac. for Lt. Marketos schedule, organize case docs, email request for parole staff interviews, type interviews, confer with ADC Knight. Have recorded interview transcribed | Christopher D. Retrosi |
| 10/26/2015 | update | 10/20/15-start report<br>10/21/15- confer with BLR, work on report, email from Dep Comm Martescello<br>10/22/15- email request to ADC Rosado for medical docs from hosp.<br>10/23/15- review, confer w/ BLR, type time line brief for BLR<br>10/26/15- report, review transcripts, update blr, | Christopher D. Retrosi |
| 11/10/2015 | update | 10/26/15- staff schedules, email notices for Lt. Marketos, CO Gould<br>10/27/15- Emails w/ DC Martuscello, Dir. Ayotte<br>10/28/15- email staff statements and memos to Dir. Ayotte, Advise Dep. Chief Miller<br>10/30/15- @ Five Points, review, interview Lt. Marketos and CO Gould<br>11/2/15- receive, review transcript of I/M Smith's statement, confer with BLR, email ADC Rosado, call DSS Signor, left message<br>11/9/15- receive leag aid letter, confer with ADC Knight- need to Q&A RN's and CO Gould.<br>11/10/15-staff schedules ascertained, confer with DSS Chutty, call PEF for scheduling, email Q&A notices, email ADC knight, confer with BLR, schedule Q&A's | Christopher D. Retrosi |
| 11/12/2015 | update | 11/11/15- reschedule Q&A's, email notices<br>11/12/15- work on report, call DSS Signor: He reports that Lt. Marketos informed him that I/M Smith vomited and was offered but refused medical attention. He did not recall if the trip had departed the facility before he was notified. The trip team did have a cell phone. Confer w/ BLR.- ADC Rosado reports that Inmate Smith registered at the hospital but was not seen by medical staff. Two of the Parole staff were interviewed. One is on A.L. until next week. | Christopher D. Retrosi |

__/___/____

State of New York
Department of Corrections
and Community Supervision
**Office of Special Investigations**
Report of Complaint Progress

**O.S.I. Case#:** IAD/15/1407          **Senior Investigator:** C.D. Retrosi

| Date | Action Taken |
|---|---|
| 11/25/15 | CAN'T EDIT TRACKING - CASE "CHECKED OUT" - SEND EMAIL REQUESTING CASE CHECKED IN A.S.A.P. |
| / / | - EMAIL - FROM BCR - DUDA TO BE ADMIN LEAVED TODAY - ALL INVOLVED TO BE SUSPENDED ON 12/1/15 |
| / / | - CASE EVENT NOTICES |

| 11/13/2015 | update | 11/13/15- review, Q&A prep. Q&A RN Stevens and Deming, Q&A CO K Gould, email BLR, set up phone meet for 11 a.m. Monday morning. Update ADC via email, receive, review Parole staff interviews (one still to be done), fwd interviews to BLR O'Gorman. | Christopher D. Retrosi |
|---|---|---|---|

11/14/15 - REPORT

11/16/15 - CALL SONY RE: INTERNAL MEMORY
  /  / - INTERNET RESEARCH
11/17/15 - REVIEW - CONFER W/ ADC - PREP
  /  /    FOR CONFERENCE CALL -
  /  / - CALL TO SONY TECH SERVICES - LEFT
  /  /    MESSAGE
  /  / - CONFERENCE CALL / CALL LEGAL AID
  /  /    CAROLYN HSU. / CALL P.O. GUARDIOLA
  /  /    @ 347-███ cell / 718-███ interim
  /  /    OFFICE - 718-███
  /  / - REVIEW E/M SMITH'S DAYSHEETS
11/18/15 - REVIEW CMS. REPORT DATE 11/24/15
  /  / - EMAIL P.O. / SPO / BLR / ADC.
  /  / - CALL LEGAL AID / LEFT MESSAGE.
  /  / - MAIL CAMERA + SD CARD TO SONY -
11/20/15 - CALL PAROLEE SMITH / MOTHER - LEFT
  /  /    MESSAGES RE: 11/24/15 1200 MEETING
  /  /    @ BROOKLYN IV PAROLE - EMAIL BLR / PAROLE
  /  / - CALL LEGAL AID - ADVISE THEM OF DATE,
  /  /    TIME, PLACE
11/23/15 - CALL COMP. CONFIRM INTERVIEW
  /  /    ON 11/24/15 @ 1200 @ BROOKLYN IV
11/24/15 - @ BROOKLYN IV PAROLE - FOR BLR INTERVIEW
  /  /    OF PAROLEE SMITH

State of New York
Department of Corrections
and Community Supervision
**Office of Special Investigations**
Report of Complaint Progress

**O.S.I. Case#: IAD/15/ 1407**                          **Senior Investigator: C.D. Retrosi**

| Date | | Action Taken | |
|---|---|---|---|
| 9/21/2015 | Created | | Marcial Rosado JR |
| 9/22/2015 | 9/19/15 | 9/19/15- immediate dispatch- five points- confer with Capt. signor, review docs, review avail video, tour medical, draft, digital pics, request video<br>9/21/15- confer w/ supt, capt. review video, id staff email ADC, interview infirmary porters- review video, emaul ADC<br>9/22/15- receive case assignment, edit tracking, fpms, set up case file, add to case report, request photos of staff, reveice same, email photos and interview request to ADC Rosado. | Christopher D. Retrosi |
| 9/23/2015 | interview | 9/23/15- receive interview of I/M Smith, add to case file, receive memo from Mary Smith Bklyn RD, add to case file, conder with ADC Rosado re photo array and interview, Confer with DOO regarding Photo array policy, email ADC Rosado. | Christopher D. Retrosi |
| 9/29/2015 | On | at approximately 10:20am parolee Smith was interviewed within the Brooklyn parole offices. Sr. Inv. T. Celestine was present during the interview. Parolee Smith was recorded during the interview. Parolee smith did indentify all of the CO'S involved in his transport to Bklyn. Parolee Smith did identify the CO who allegdly struck him in the face. Parolee Smith stated that he did not want to pursue the allegation. Parolee smith refused to sign any paperwork related to the investigation. | Marcial Rosado JR |
| 10/6/2015 | update | 10/1/15 rtn call from SP, voice mail, call returned to voice mail, receive and respond to email from mADC Rosado<br>10/2/15- Sr. Inv Dougherty received call from I/M Smith stating he does want to pursue investigation<br>10/4/15- receive photo array, tape of interview<br>10/6/15- review interview tape, call SP lab schedule appt for 10/8/15, prep for Q&A's | Christopher D. Retrosi |
| 10/14/2015 | update | 10/7/15- Q&A Staff<br>10/8/15-emails, review taped interview 2x's , @ NYSP lab for SD card examination, SD Card is "unreadable", unable to tell if anything was on it.<br>10/14/15-confer with ADC Knight, Director Shipley, email, update tracking. | Christopher D. Retrosi |
| 10/19/2015 | update | 10/19/15- review, confer with ADC, Start report, call fac. for Lt. Marketos schedule, organize case docs, email request for parole staff interviews, type interviews, confer with ADC Knight. Have recorded interview transcribed | Christopher D. Retrosi |
| 10/26/2015 | update | 10/20/15-start report<br>10/21/15- confer with BLR, work on report, email from Dep Comm Martescello<br>10/22/15- email request to ADC Rosado for medical docs from hosp.<br>10/23/15- review, confer w/ BLR, type time line brief for BLR<br>10/26/15- report, review transcripts, update blr, | Christopher D. Retrosi |
| 11/10/2015 | update | 10/26/15- staff schedules, email notices for Lt. Marketos, CO Gould<br>10/27/15- Emails w/ DC Martuscello, Dir. Ayotte<br>10/28/15- email staff statements and memos to Dir. Ayotte, Advise Dep. Chief Miller<br>10/30/15- @ Five Points, review, interview Lt. Marketos and CO Gould<br>11/2/15- receive, review transcript of I/M Smith's statement, confer with BLR, email ADC Rosado, call DSS Signor, left message<br>11/9/15- receive leag aid letter, confer with ADC Knight- need to Q&A RN's and CO Gould.<br>11/10/15-staff schedules ascertained, confer with DSS Chutty, call PEF for scheduling, email Q&A notices, email ADC knight, confer with BLR, schedule Q&A's | Christopher D. Retrosi |
| 11/12/2015 | update | 11/11/15- reschedule Q&A's, email notices<br>11/12/15- work on report, call DSS Signor: He reports that Lt. Marketos informed him that I/M Smith vomited and was offered but refused medical attention. He did not recall if the trip had departed the facility before he was notified. The trip team did have a cell phone. Confer w/ BLR.- ADC Rosado reports that Inmate Smith registered at the hospital but was not seen by medical staff. Two of the Parole staff were interviewed. One is on A.L. until next week. | Christopher D. Retrosi |

__/___/____

State of New York
Department of Corrections
and Community Supervision
**Office of Special Investigations**
Report of Complaint Progress

O.S.I. Case#: __IAD/15/_____          Senior Investigator: __C.D. Retrosi__

| Date | Action Taken |
|---|---|
| 11/2/15 | CALL D.S.S. SIGNOR (S.P.G) LEFT MESSAGE |
| 11/9/15 | RECEIVED LETTER FROM LEGAL AID SOCIETY - CONFER W/ IADC KNIGHT - Q+A RN STEVENS AND C.O. K. GOULD |
| 11/10/15 | STAFF SCHEDULES ASCERTAINED - CONFER W/ D.S.S. CHUTTY - CALL PEF REP WARWICK ABOUT SCHEDULING - EMAIL NOTICES FOR RN STEVENS / DEMING - 11/16/15 10am - EMAIL IADC KNIGHT - CONFER W/ BLR. - SCHEDULE 11/17/15 Q+A - C.O. K. GOULD 10:AM - EMAIL IADC KNIGHT |
| 11/11/15 RESCHEDULE Q+A's | |
| 11/12/15 | REPORT / CONFER W/ D.S.S. ~~AD~~ SIGNOR - Lt MARKETOS INFORMED HIM THAT I/M SMITH HAD VOMITED AND HAD BEEN OFFERED AND REFUSED MEDICAL - HE DID NOT RECALL IF THE TRIP HAD DEPARTED THE FACILITY BEFORE HE WAS NOTIFIED. THE TRIP TEAM DID HAVE A CELL PHONE - CONFER W/ BLR. - ~~IA~~DC ROSADO REPORTS 2 PAROLE STAFF INTERVIEWED / ON A.L. UNTIL NEXT WEEK I/M SMITH WAS NOT SEEN BY MEDICAL STAFF @ THE HOSPITAL AFTER REGISTERING - |

State of New York
Department of Corrections
and Community Supervision
Office of Special Investigations
Report of Complaint Progress

**O.S.I. Case#:** IAD/15/ 1407                    **Senior Investigator:** C.D. Retrosi

| Date | | Action Taken | |
|---|---|---|---|
| 9/21/2015 | Created | | Marcial Rosado JR |
| 9/22/2015 | 9/19/15 | 9/19/15- immediate dispatch- five points- confer with Capt. signor, review docs, review avail video, tour medical, draft, digital pics, request video<br>9/21/15- confer w/ supt, capt. review video, id staff email ADC, interview infirmary porters- review video, emaul ADC<br>9/22/15- receive case assignment, edit tracking, fpms, set up case file, add to case report, request photos of staff, reveice same, email photos and interview request to ADC Rosado. | Christopher D. Retrosi |
| 9/23/2015 | interview | 9/23/15- receive interview of I/M Smith, add to case file, receive memo from Mary Smith Bklyn RD, add to case file, conder with ADC Rosado re photo array and interview, Confer with DOO regarding Photo array policy, email ADC Rosado. | Christopher D. Retrosi |
| 9/29/2015 | On | at approximately 10:20am parolee Smith was interviewed within the Brooklyn parole offices. Sr. Inv. T. Celestine was present during the interview. Parole Smith was recorded during the interview. Parolee smith did indentify all of the CO'S involved in his transport to Bklyn. Parolee Smith did identify the CO who allegedly struck him in the face. Parolee Smith stated that he did not want to pursue the allegation. Parolee smith refused to sign any paperwork related to the investigation. | Marcial Rosado JR |
| 10/6/2015 | update | 10/1/15 rtn call from SP, voice mail, call returned to voice mail, receive and respond to email from mADC Rosado<br>10/2/15- Sr. Inv Dougherty received call from I/M Smith stating he does want to pursue investigation<br>10/4/15- receive photo array, tape of interview<br>10/6/15- review interview tape, call SP lab schedule appt for 10/8/15, prep for Q&A's | Christopher D. Retrosi |
| 10/14/2015 | update | 10/7/15- Q&A Staff<br>10/8/15-emails, review taped interview 2x's , @ NYSP lab for SD card examination, SD Card is "unreadable", unable to tell if anything was on it.<br>10/14/15-confer with ADC Knight, Director Shipley, email, update tracking. | Christopher D. Retrosi |
| 10/19/2015 | update | 10/19/15- review, confer with ADC, Start report, call fac. for Lt. Marketos schedule, organize case docs, email request for parole staff interviews, type interviews, confer with ADC Knight. Have recorded interview transcribed | Christopher D. Retrosi |
| 10/26/2015 | update | 10/20/15-start report<br>10/21/15- confer with BLR, work on report, email from Dep Comm Martescello<br>10/22/15- email request to ADC Rosado for medical docs from hosp.<br>10/23/15- review, confer w/ BLR, type time line brief for BLR<br>10/26/15- report, review transcripts, update blr, | Christopher D. Retrosi |

10/26/15 to staff avail. - email notices for
/ / Lt Markettos, C.O. K. Gould -
10/27/15 - emails w/ Dir. Ayotte, D.C."comm" Martescello
10/28/15 @ Utica - email staff statements
10/30/15 interview x-O'C and memos to Dir. Ayotte, Advise
w/o'comm would / D.C. M. Miller.
tomorrow / 11/2/15 - Receive interview transcript of I/m
/ / Smith's interview - confer w/ M. O'Gorman
- email ADC Rosado

State of New York
Department of Corrections
and Community Supervision
**Office of Special Investigations**
Report of Complaint Progress

O.S.I. Case#: __IAD/15/ 1407__                    Senior Investigator: __C.D. Retrosi__

| **Date** | **Action Taken** |
|---|---|
| 10/23/15 | REVIEW - PREPARE /EMAIL BRIEF FOR BLR - |
| / / | - REPORT - |
| 10/26/15 | REVIEW, REPORT - REVIEW TRANSCRIPTS |
| / / | - UPDATE BLR - GO IT TRACKING |
| / / | - EMAIL REQUEST FOR INF. C.O. SCHRONT |
| / / | CIVIL file, for LT MARKSTOS SCHEDULE |
| / / | - RTNS TO WORK TOUR II ON 10/30/15 |

State of New York
Department of Corrections
and Community Supervision
**Office of Special Investigations**
Report of Complaint Progress

**O.S.I. Case#:** IAD/15/1407         **Senior Investigator:** C.D. Retrosi

| Date | | | Action Taken | |
|---|---|---|---|---|
| 9/21/2015 | Created | | Marcial Rosado JR | |
| | 9/22/2015 | 9/19/15 | 9/19/15- immediate dispatch- five points- confer with Capt. signor, review docs, review avail video, tour medical, draft, digital pics, request video<br>9/21/15- confer w/ supt, capt. review video, id staff email ADC, interview infirmary porters- review video, emaul ADC<br>9/22/15- receive case assignment, edit tracking, fpms, set up case file, add to case report, request photos of staff, reveice same, email photos and interview request to ADC Rosado. | Christopher D. Retrosi |
| | 9/23/2015 | interview | 9/23/15- receive interview of I/M Smith, add to case file, receive memo from Mary Smith Bklyn RD, add to case file, conder with ADC Rosado re photo array and interview, Confer with DOO regarding Photo array policy, email ADC Rosado. | Christopher D. Retrosi |
| | 9/29/2015 | On | at approximately 10:20am parolee Smith was interviewed within the Brooklyn parole offices. Sr. Inv. T. Celestine was present during the interview. Parole Smith was recorded during the interview. Parolee smith did indentify all of the CO'S involved in his transport to Bklyn. Parolee Smith did identify the CO who allegedly struck him in the face. Parolee Smith stated that he did not want to pursue the allegation. Parolee smith refused to sign any paperwork related to the investigation. | Marcial Rosado JR |
| | 10/6/2015 | update | 10/1/15 rtn call from SP, voice mail, call returned to voice mail, receive and respond to email from mADC Rosado<br>10/2/15- Sr. Inv Dougherty received call from I/M Smith stating he does want to pursue investigation<br>10/4/15- receive photo array, tape of interview<br>10/6/15- review interview tape, call SP lab schedule appt for 10/8/15, prep for Q&A's | Christopher D. Retrosi |
| | 10/14/2015 | update | 10/7/15- Q&A Staff<br>10/8/15-emails, review taped interview 2x's , @ NYSP lab for SD card examination, SD Card is "unreadable", unable to tell if anything was on it.<br>10/14/15-confer with ADC Knight, Director Shipley, email, update tracking. | Christopher D. Retrosi |

_/_/_

10/19/15 - REVIEW - CONFER W/ADC - ORGANIZE
_/_/_ CASE DOCUMENTATION - EMAIL ADC
_/_/_ ROSADO FOR PAROLE INTERVIEWS SPO
_/_/_ MOSES / P.O. J. JONES
_/_/_ - TYPE INTERVIEW FROM TAPED INTERVIEW
_/_/_ - CONFER W/ ADC KNIGHT - HAVE TRANSCRIBED
_/_/_ BY STENO
10/20/15 - START REPORT
10/21/15 - CONFER W/BLR / WORK ON REPORT
_/_/_ - EMAIL FROM DEP. COMM MARTUSCELLO
10/22/15 - EMAIL REQUEST RE: MEDICAL DOCUMENTATION/REPORT

State of New York
Department of Corrections
and Community Supervision
**Office of Special Investigations**
Report of Complaint Progress

**O.S.I. Case#: IAD/15/1407**          **Senior Investigator: C.D. Retrosi**

| Date | | | Action Taken | |
|---|---|---|---|---|
| __/__/__ | | | | |
| 9/21/2015 | | Created | Marcial Rosado JR | |
| | 9/22/2015 | 9/19/15 | 9/19/15- immediate dispatch- five points- confer with Capt. signor, review docs, review avail video, tour medical, draft, digital pics, request video<br>9/21/15- confer w/ supt, capt. review video, id staff email ADC, interview infirmary porters- review video, emaul ADC<br>9/22/15- receive case assignment, edit tracking, fpms, set up case file, add to case report, request photos of staff, receive same, email photos and interview request to ADC Rosado. | Christopher D. Retrosi |
| | 9/23/2015 | interview | 9/23/15- receive interview of I/M Smith, add to case file, receive memo from Mary Smith Bklyn RD, add to case file, confer with ADC Rosado re photo array and interview, Confer with DOO regarding Photo array policy, email ADC Rosado. | Christopher D. Retrosi |

9/24/15 - REVIEW VIDEO
9/25/15 - EMAILS - PH. CALL CONFER W/
___/___/___ ADC ROSADO - CALL NYSP C.C. LAB
___/___/___ LEFT MESSAGE
9/29/15 - CALL NYSP LAB - LEFT MESS.
10/1/15 - RTNCALL M.M. FROM NYSPLAB
___/___/___ - RECEIVE EMAIL FROM ROSADO
___/___/___ - EMAIL Q+A NOTICES FOR 10/7/15
10/4/15 - RECEIVE PHOTO ARRAY AND TAPE
___/___/___ OF INTERVIEW
10/6/15 - REVIEW INTERVIEW TAPE PREP
___/___/___ FOR Q+A'S
___/___/___ - SCHEDULE APPT @ NYSP COMPUTER
___/___/___ CRIME LAB 10/8/15 -
10/7/15 Q+A PREP, Q+A STAFF
10/8/15 - EMAILS - REVIEW INTERVIEW TAPE X'd
___/___/___ @ SPLAB TROOP D - FOR SD CARD
___/___/___ EXAMINATION - CARD IS UNREADABLE -
___/___/___ - UNABLE TO TELL IF ANYTHING WAS COPIED