EXHIBIT 14

S-6

ORIGINAL

```
STATE OF NEW YORK

DEPARTMENT OF CORRECTIONAL SERVICES

* * * * * * * * * * * * * * * * * * *

In the Matter

-of-

Case Number:  IAD/15/1407

* * * * * * * * * * * * * * * * * * *
HELD AT:           Recorded Cassette
                   Transcribed on October 27, 2015


        RECORDED TESTIMONY of CAREY SMITH

   10A1107, held in the above-titled matter.




APPEARANCES:

     STATE OF NEW YORK
     DEPARTMENT OF CORRECTIONS & COMMUNITY SUPERVISION
     OFFICE OF SPECIAL INVESTIGATIONS
     Utica State Office Building
     207 Genesee Street
     Utica, New York  13501
     BY:  MARCIAL ROSADO, Assistant Deputy Chief
          TROYCIE CELESTINE, Senior Investigator


                         Jaclyn Bellino-Conte,
                         Court Reporter.
```

```
 1    know if he was -- he looked like he was going crazy.
 2    And then I saw two porters and Nurse Stevens.
 3         Q.   Nurse Stevens.  And any of those inmates,
 4    do -- were any of those inmates that you observed
 5    within the infirmary known to you?
 6         A.   No.
 7         Q.   You don't know none of those inmates?
 8         A.   No.
 9         Q.   Okay.  Okay.  So you saw Nurse Stevens?
10         A.   Uh-hmm.
11         Q.   And what did Nurse Stevens do for you?
12         A.   Nothing.  She just looked at me, and they
13    took me to a room and the CO said "We need you to
14    shower."
15         Q.   Okay.
16         A.   And I felt --
17              MR. CELESTINE:  Who told you that?
18         A.   Strangio.  And I felt uncomfortable.  I said
19    "I'm not showering," because they'd been monitoring me.
20    The CO has been sexually inappropriate with me.  Every
21    time they talk about my penis, they talk about my pee
22    color, they talk about myself defecation color.
23    They're extremely disrespectful, and I didn't want to
24    deal with it no more.  I just wanted to run out of that
25    door, so I said "No, I'm not showering."
```

JACLYN CONTE, COURT REPORTER (315) 725-7273

CRANCE 000484

```
 1     Q.   Okay.
 2     A.   And then when I said that, Strangio said to
 3  Kennedy, he said "Turn the camera off."
 4     Q.   Okay.
 5     A.   So they looked at him and the sergeant looked
 6  at him and he said "Yeah, turn the camera off. I got
 7  this. I got this."
 8     Q.   Who said "I got this"?
 9     A.   Strangio.
10     Q.   Okay.
11     A.   And he's on the overhead camera too.
12     Q.   Okay.
13     A.   So after he said "I got this. I got this" --
14     Q.   You said there's an overhead camera?
15     A.   I don't think there's an overhead camera in
16  the cell. I'm not sure. Not in the cell, but outside
17  the cell.
18     Q.   Outside of the --
19     A.   Hospital infirmary room.
20     Q.   So while you go into the infirmary, there's a
21  camera there that most likely we can identify Strangio,
22  right?
23     A.   Yeah.
24     Q.   Very well. Okay. So go on.
25     A.   So when he told the other officer he got
```



```
 1    this, I thought that he was just going to threaten me
 2    or something.  I didn't know what was going to happen.
 3    So he had told me to sit on the bed, so I sat on the
 4    bed and I sat there, and before I could say anything,
 5    he just started beating -- he started beating me.
 6         Q.   How did he beat you?
 7         A.   He was -- he was punching me with his right
 8    arm.
 9         Q.   He was punching you where?
10         A.   In my -- in my left eye.  Is this the eye
11    that has the ring (sic)?
12         Q.   Yes.
13         A.   Yes, he was punching me -- actually, he
14    punched me all over my face, because I still feel
15    bruises -- I still feel pain right over here.
16         Q.   Okay
17         A.   But he just started punching --
18         Q.   And when you say you feel pain right over
19    here, you said, can you describe what you mean by that,
20    for the recording?
21         A.   Well -- I don't know.  It feels numb.
22         Q.   What feels numb?  Your lip?
23              MR. CELESTINE:  What part of your face
24         are you describing that you feel --
25         A.   Oh, the left -- the left side of my top lip,
```

JACLYN CONTE, COURT REPORTER (315) 725-7273

CRANCE 000486