EXHIBIT 15

```
 1      UNITED STATES DISTRICT COURT

 2      WESTERN DISTRICT OF NEW YORK

 3      ---------------------------------------------------

 4      CAREY SMITH,

 5                    Plaintiff,

 6       -vs-                        6:18-cv-06658(DGL)(MJP)

 7      NEW YORK STATE CORRECTIONS OFFICER
        ("CO") KYLE KENNEDY; CO JOHN CRANCE;
 8      SGT. JOSEPH DUDA; AND CO STEVE MAHUNIK;
        IN THEIR INDIVIDUAL CAPACITIES,
 9
                      Defendants.
10
        ---------------------------------------------------
11           EXAMINATION BEFORE TRIAL OF CAREY SMITH

12                    APPEARING REMOTELY FROM

13                      NEW YORK, NEW YORK

14

15

16                   Monday, March 7, 2022

17                   10:01 a.m. - 2:04 p.m.

18                      pursuant to notice

19

20

21      REPORTED BY:

22      Carrie A. Fisher, Notary Public

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

CAREY SMITH - BY MR. DONOVAN - 03/07/22

1  Q. Do you know when that was?
2  A. I guess you could say -- but it was -- just to
3     explain myself, a lot of them came to my cell
4     a lot.  They were just coming to look at me so
5     I am not sure.  If I saw him before, I am not
6     sure.
7  Q. Did you ever have any conversations with
8     either Sergeant Duda, Mahunik, or Crance prior
9     to September 18th, 2015?
10 A. I don't remember.
11 Q. Okay.  Have you ever heard of a Correction
12    Officer Strangeo, S-T-R --
13 A. That's who I thought Crance was because every
14    time I had an interaction with him, I always
15    look at his badge.  All the officers I look at
16    their badge so I would know if I wrote a
17    complaint I would remember their name.
18 Q. Okay.  And so Officer Strangeo is actually
19    Officer Crance?
20 A. Yes.
21 Q. Why did you think his name was Strangeo?
22 A. Because the names are just not normal names
23    that I am used to so I thought I read

CAREY SMITH - BY MR. DONOVAN - 03/07/22

```
 1         Strangeo.  I don't know.
 2    Q.   Okay.  And Officer Kyle Kennedy, do you ever
 3         recall any conversations or verbal
 4         interactions with him prior to September 18th,
 5         2015?
 6    A.   No.
 7    Q.   Did any of the officers or staff that you sued
 8         in this lawsuit ever file a disciplinary
 9         ticket regarding any of your actions?
10    A.   I don't remember.
11    Q.   Did you ever file any grievances regarding the
12         actions of any of these officers prior to
13         September 18th, 2015?
14    A.   I don't --
15              MR. OLIVER:  Objection.  You can answer.
16    A.   I am sorry.  I don't remember.
17    Q.   Okay.  So it's September 2015 and you're to be
18         released.  When did you first find out you
19         were going to be released?
20    A.   Two days prior.
21    Q.   I assume you had a good idea of your release
22         date before that, or how does it work?
23    A.   I did.  I did have a -- I did know when my
```

CAREY SMITH - BY MR. DONOVAN - 03/07/22

1  Q. Was Officer Kennedy recording the escort from
2     the strip frisk area to the infirmary?
3  A. Yes.
4  Q. How long was that walk?
5  A. It was a bit of a walk.  I remember it was a
6     bit of a walk.  I can't remember how many
7     minutes, but it was a bit of a walk.
8  Q. Okay.  And how -- during that walk, was there
9     any physical contact with you and any of the
10    other officers or any negative comments made
11    towards you?
12 A. I don't remember.
13 Q. Okay.  When you got to the infirmary, were
14    there other guards and nurses there?
15 A. I don't remember.
16 Q. Did you have to be checked out by medical
17    before you were released, do you know?
18 A. No, I wasn't checked out by medical, no.
19 Q. Okay.  So what happened when you got to the
20    infirmary?
21 A. When I got to the infirmary, Crance took me in
22    the cell and Kennedy was still recording.
23    Duda was there and Mahunik, and they were

CAREY SMITH - BY MR. DONOVAN - 03/07/22

1   outside the cell.  And he sat me in the cell
2   and he took the cuffs off of me and he said
3   "now you're going to go and take a shower."
4   And I said to him, I said, "I am not taking a
5   shower because I feel uncomfortable to take a
6   shower.  I just want to go home."
7        And then he walks out of the room and I
8   see him go to Kennedy and he tells Kennedy to
9   turn the camera off, and then Kennedy asked
10  him "are you sure you want me to turn the
11  camera off?"  And he said, "yes, I am sure.  I
12  got this.  Turn the camera off."  And then at
13  that time Kennedy -- I seen Kennedy take like
14  the camera off his shoulder and like turns it
15  off and then Crance came in the room.  **
16       When Crance came in the room, he just
17  started punching me in my face.  Specifically
18  he was just punching me on the left side.  And
19  while he was punching me, like I tried to
20  defend myself a little bit.  I was trying to
21  push him off, but in my head I said "oh my
22  God, I could get a new charge.  I am being
23  released from prison today.  I did six years."

CAREY SMITH - BY MR. DONOVAN - 03/07/22

1   And then I started crying and he was just
2   punching me as if I was just this big man.  He
3   was just beating me.
4       He hit me to the point where I fell off
5   the bed.  He kind of fell too.  We both stood
6   up at the same time.  I was out of breath.  My
7   eye was almost shut.  I had blood on me.  My
8   lip was swollen.  My face was swollen up, and
9   he said "now you're going to take a fucking
10  shower, you're going to get dressed, and we're
11  driving you to fucking Brooklyn."  And because
12  I was scared and I was kind of dizzy and I was
13  just like --  my head was just going like this
14  and I just like couldn't believe everything
15  that was happening.
16       So I took a shower in front of all of
17  them while they just watched me take a shower,
18  yeah.
19  Q. Was the camera on during the shower?
20  A. I don't -- I don't remember.
21  Q. Did anyone witness Officer Crance striking
22  you?
23       MR. OLIVER:  Objection.  You can answer.