EXHIBIT 16



S.5

### OFFICE OF SPECIAL INVESTIGATIONS

### SHOWING THE PHOTO ARRAY

OSI Case #: IAID/15/1407
Witness Name: Sr. INV. Troy Celestine
Administrator Name: ADCI Marcial Posada Title: Asst. Dep. Chief Agency: NYSDOCCS-OSI
Interpreter or Other Investigator: Troy Celestine Title: Sr. INV. Agency: NYSDOCCS-OSI

### INSTRUCTIONS TO THE ADMINISTRATOR SHOWING THE PHOTO ARRAY:

1. Remain neutral. Do not comment on the identification before, during or after the identification procedure.
2. Provide the photo array in an ENVELOPE or FOLDER when handing it to the witness.
3. Stand out of the witness' line of sight, where practical, but still observe the witness as the witness views the photo array.
4. So as not to distract the witness, do not comment during the identification procedure.
5. After the photo array has been shown to a witness, retain the array and associated forms as evidence.

### AFTER THE WITNESS HAS VIEWED THE ARRAY, ASK THESE QUESTIONS:

Do you recognize anyone in the photo array? __Yes__
  If so, what is the number of the person that you recognize? __1-A__
  From where do you recognize that person? __Five Point C.F. Transport officer who beat him up.__

Record words and gestures of the witness: __The officer that beat me up is Number 1-A. He told Kennedy to turn off the video and began to punch me all over.__

IF THE WITNESS GIVES A VAGUE ANSWER (e.g. "I think it is...", or "It might be..."). Then follow up by asking the witness: "You said ____ (insert witness's words, e.g. "I think it is..."), what do you mean by that?"
Record the witness' answer: __N/A__

Date: __9/09/15__ Time: __11:00AM__ Witness Signature: _[signed]_
FINAL INSTRUCTION TO WITNESS: Do not discuss with any other witness what you observed or said during this identification procedure.

CRANCE 000464



# NEW YORK STATE Corrections and Community Supervision

### OFFICE OF SPECIAL INVESTIGATIONS

**PHOTO ARRAY PREPARER'S INFORMATION**

### THIS PAGE MUST NOT BE SHOWN TO THE WITNESS

Prepare the following package and send to the photo array administrator.
1. ID 01................... (Blank - "CASE INFORMATION AND WITNESS INSTRUCTION")
2. ID 02................... (Blank - "SHOWING THE PHOTO ARRAY")
3. ID 03...................(COMPLETED - "PHOTO ARRAY PREPARER'S INFORMATION")
4. Photo Array ...............(WITHOUT admonitions)
5. Investigator's Photo Array Copy ........ (Containing identifying information)

Array Preparer: __MARCIAL POSADO__   Title: __Asst. Dep. Chief__
Requesting Person: __Sr. INV. C.O. Petrosi__   Agency: __NYS DOCCS - OSI__
Requesting Agency Case #: __JAN/15/1407__

The photo array:

The original photo array MUST be preserved.
Attach a copy of the photo array to this form and provide the information below, if available.

| Position | Name | NYSID # | Date of Photo |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

Suspect's Name: __John Crance__   DOB: ▓▓▓▓
Suspect's position in the photo array: __1-A__   Image source: __Agency photo__
Was any photo altered? (With the exception of cropping and centering photographs)
   Yes ____   No __✓__
If yes, check the number(s) of the photos which were altered:
   ____1 ____2 ____3 ____4 ____5 ____6
Describe alterations(s) if any: __N/A__

Comments / Notes: __None__

Signature of Preparer: __Marcial Posado__   Date: __9-29-15__



# NEW YORK STATE | Corrections and Community Supervision

## OFFICE OF SPECIAL INVESTIGATIONS

### CASE INFORMATION AND WITNESS INSTRUCTIONS

OSI Case #: JAU/15/1407   Offense Date and Location: 9-18-15 Five Points C.F.
Witness Name: Carey Smith

**CRIME INFORMATION**
Date Committed: 3-11-10   Type of Crime: Robbery 1st
Location of Crime: New York City

**PHOTO ARRAY ADMINISTRATION**
Date Array Shown: 9-29-15   Time Array Shown: 11:00 AM
Location Shown: Brooklyn Parole office
Photo Array Administrator Name: MARCIAL ROSADO   Title: ADCI
Was the witness transported by OSI or Other Agency personnel? Yes ___ No ✓
Transporting Investigator Name: N/A   Agency: N/A

### READ THE FOLLOWING TO THE WITNESS PRIOR TO SHOWING THE PHOTO ARRAY

- As part of the ongoing investigation into a crime that occurred on 9-18-15 (date) at Five Points C.F. (location), you will view a photo array.
- It consists of six photographs of individuals. Each photograph has a number underneath the photograph. Five
- Take whatever time you want to view the photo array.
- The perpetrator may or may not be among the pictures.
- Do not assume that I know who the perpetrator is.
- Do not look to me or anyone else in the room for guidance during the procedure.
- Individuals presented in the photo array may not appear exactly as they did on the date of the incident because features, such as head and facial hair, are subject to change.
- Photographs may not always depict the true complexion of a person; it may be lighter or darker than shown in the photo.
- Pay no attention to any markings that may appear on the photos, or any other difference in the type or style of the photographs.
- Do not discuss with other witnesses what you see, say, or do during this procedure.
- After you have had an opportunity to view the photo array I will ask you the following three questions:

    1. Do you recognize anyone in the photo array?
    2. If so, what is the number of the person that you recognize?
    3. From where do you recognize that person?

refused

**WITNESS MUST INITIAL:**
The above instructions have been read to me: _____ (Initials) Date: _____

M. Rosado   9/29/15

CRANCE 000466