EXHIBIT 17



**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## CORRECTED*
## NOTICE OF DISCIPLINE

**TO:**   John Crance, Jr., Correction Officer
Five Points Correctional Facility

**DATE:**   December 16, 2015*

Pursuant to Article 8, Security Services Unit Agreement between the State of New York and NYSCOPBA, you are hereby informed that we shall implement the following penalty:

### DISMISSAL FROM SERVICE AND
### LOSS OF ANY ACCRUED ANNUAL LEAVE

The reason for this discipline is misconduct as follows:

1. On September 18, 2015, while on duty as Transportation Officer at Five Points Correctional Facility, you used unnecessary physical force on an inmate, in violation of DOCCS Employees' Manual Sections 2.2, 9.1 and 9.2, and DOCCS Directive #4944: Use of Physical Force. Specifically, immediately prior to your involvement with the transport of Inmate Carey Smith (10A1107) from Five Points CF to the Community Supervision Office in Brooklyn, you punched the inmate in the face while in the infirmary after you ordered the inmate to take a shower and the inmate refused.

2. On September 18, 2015, after using physical force on an inmate as noted in Charge #1, you failed to report the use of force, in violation of DOCCS Employees' Manual Sections 2.2 and 9.4, and DOCCS Directive #4944: Use of Physical Force. Specifically, after using physical force on inmate Carey Smith (10A1107) as noted in Charge #1, you failed to complete and submit to the Superintendent a "Use of Force Report" immediately following your use of physical force on said inmate.

3. On September 18, 2015, while involved with the transport of an inmate from Five Points CF to the Community Supervision Office in Brooklyn, you failed to discharge your duties and comport yourself so as to carry out the programs and policies of the Department, in violation of DOCCS Employees' Manual Sections 2.2, 2.23 and 7.9. Specifically, while transporting inmate Carey Smith (10A1107), you observed blood on

**Notice of Discipline – CORRECTED***                  Page 2
**John Crance, Jr., Correction Officer**
**Five Points Correctional Facility**                 December 16, 2015*

inmate Smith's shirt at a rest area stop off of NY Highway 7 and did not report it to your supervisor, Sgt. J. Duda.

4.* On September 18, 2015, while involved with the transport of an inmate from Five Points CF to the Community Supervision Office in Brooklyn, you failed to report an inmate injury, in violation of DOCCS Employees' Manual Sections 2.2, 2.23, 7.9 and 8.2. Specifically, you observed swelling under inmate Carey Smith's (10A1107) left eye shortly after arriving to the Community Supervision Office in Brooklyn and did not report it to your supervisor, Sgt. J. Duda.*

5. On September 18, 2015, while at the Community Supervision Office in Brooklyn following the transport of inmate Carey Smith (10A1107), you provided false and misleading information to the Office of Special Investigations (OSI), in violation of DOCCS Employees' Manual Sections 2.2 and 4.16. Specifically, in a memorandum to OSI dated September 18, 2015, you stated that you did not observe any injuries to inmate Smith during his transport from Five Points CF to the Community Supervision Office in Brooklyn.

6. On October 7, 2015 at approximately 10:30 a.m., while being questioned by OSI staff at the State Office Building in Utica, New York, you provided false and misleading information, in violation of DOCCS Employees' Manual Sections 2.2 and 4.16. Specifically, during the examination:
   - You stated that inmate Carey Smith (10A1107) requested to shower prior to his transport from Five Points CF to the Community Supervision Office in Brooklyn and did so without incident.
   - You stated that you did not use physical force on inmate Smith in the infirmary.

In assessing this penalty, we note with serious concern that your actions are totally inconsistent with the policies and procedures of the Department, as well as your duties as a correction officer. Your failure to abstain from using unjustified force on the inmate, as well as your failure to report the use of force and injury to the inmate, jeopardizes the safety and security of the facility, staff and community. Furthermore, your providing false information brings your credibility as a correction officer into question.

As you are aware, you were suspended without pay on November 30, 2015, pursuant to Article 8.4 of the Agreement between the State of New York and the New York State Correctional Officers and Police Benevolent Association, Inc.[1]

---

[1] If, under Article 8.4 (a)(3), an employee opts to draw from previously accrued annual leave, personal leave, holiday leave and/or compensatory leave while suspended, and should an Arbitrator's penalty include a period of suspension without pay, Article 8.4 (a)(3) does not authorize the use of employee's accruals to satisfy any penalty assigned by the Arbitrator.

Notice of Discipline – CORRECTED*  Page 3
John Crance, Jr., Correction Officer
Five Points Correctional Facility  December 16, 2015*

If you believe that this discipline is not for just cause or that the penalty is excessive, you must file a disciplinary grievance with me postmarked no later than fourteen **(14)** calendar days from the receipt of this notice. Unless such a grievance is filed, the penalty will be imposed at the close of the appeal period and the matter may not otherwise be reviewed.

Any future communication with you concerning this Notice will be mailed to your latest address on record, which is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ unless you request in writing that it be mailed to a different address.

You are provided two (2) copies of this notice in order that one may be given to your representative. Your union representative is NYSCOPBA.

John A. Shipley
Director of Labor Relations

JAS/JT/kmd