EXHIBIT 19

RECEIVED

MAR 01 2016

LABOR RELATIONS

# LAW OFFICE OF W. JAMES SCHWAN

ATTORNEYS AND COUNSELORS AT LAW
Ellicott Square Building
295 Main Street • Suite 700
Buffalo, New York 14203
(716) 845-5205
Fax: (716) 854-2228

February 26, 2016

Timothy Taylor, Esq.
120 Shaker Road
Albany, New York 12211

                Re: NYSDOCS & NYSCOPBA
                Five Points C. F.
                PERB Case No. D2015-124 - K. Kennedy
                PERB Case No. D2015-123 - J. Crance

Dear Mr. Taylor:

    This will confirm that Jared Tallman, L.R.R. and I have agreed to your designation as the Arbitrator for the Crance case. Enclosed please find a copy of the issued Notice of Discipline (Corrected) dated December 16, 2015

    This will also confirm that the Crance arbitration hearing is schedules for April 14, 2016, starting at 10:00 a.m. at the Auburn Holiday Inn, Auburn, New York. The Kennedy arbitration hearing is scheduled for April 21, 2016 with the same starting time and at the same location.

    If you have any question, please feel free to call either party representative.

                                     Very truly yours,

                                     W. James Schwan

WJS:rs
Enc.
cc: Jared Tallman, L.R.R.
    Joseph Miano, V. P.