UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CAREY SMITH, *et al.*,

Plaintiff,

vs.

CO JOHN CRANCE, *et al.*,

Defendants.

**NOTICE OF MOTION TO
FILE UNDER SEAL**

**18-cv-6658**

---

PLEASE TAKE NOTICE that, upon the annexed affirmation of Laurie A. Baker, Esq.,

counsel for CO John Crance, will move this Court at a date and time to be set, to file Defendant's

Crance's response to Plaintiff's Motion for Summary Judgment (Dkt.#147 ) partially under seal

for the reasons set forth in the supporting affirmation also filed separately under seal, together with

such other and further relief as this Court may find just and proper.

Dated: December 12, 2025
        Orchard Park, New York

MEYERS BUTH LAW GROUP, PLLC
*Attorneys for Defendant CO Crance*

By: /s/ Laurie A. Baker
     Laurie A. Baker, Esq.
     21 Princeton Place, Suite 105
     Orchard Park, New York  14127
     (716) 508-8598
     labaker@mblg.us

     Cheryl Meyers Buth, Esq.
     21 Princeton Place, Suite 105
     Orchard Park, New York  14127
     (716) 508-8598
     cmbuth@mblg.us

TO:     Hon. Meredith A. Vacca
United States District Court
100 State Street
Rochester, New York 14614

CC:     Gideon Orion Oliver, Esq.
Attorneys for Plaintiff
277 Broadway
Suite 1501
New York, New York 10007
Gideon@GideonLaw.com

Moira Meltzer Cohen, Esq.
Attorneys for Plaintiff
277 Broadway
Suite 1501
New York, New York 10007
meltzercohen@gmail.com

Regina Yu, Esq.
Attorneys for Plaintiff
1639 Centre Street
Suite 216
Ridgewood, NY 11385-5335
regina@femmelaw.com

Yan Fu, Esq.
Attorneys for Plaintiff
43 West 43rd Street
Suite 205
New York, New York 10036-7424
yfu@thefufirm.com

Ryan T. Donovan, Esq.
Attorneys for Defendants Kennedy, Mahunik & Duda
50 State Street
Floor 2
Albany, NY 12207
RDonovan@lawcdm.com

Lauren Nicole Mordacq, Esq.
Attorneys for Defendants Kennedy, Mahunik & Duda
50 State Street
Floor 2
Albany, NY 12207
lmordacq@lawcdm.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CAREY SMITH, *et al.*,

                                        Plaintiff,

vs.

CO JOHN CRANCE, *et al.*,                                    **18cv-6658**

                                        Defendants.

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 12 2025, I electronically filed the foregoing Notice of Motion to File Defendant's Response to Plaintiff's Motion for Summary Judgment (Dkt.# 147 ) partially under Seal with the Clerk of the District Court using its CM/ECF system, which electronically notified the following CM/ECF participants on this case and was electronically mailed to:

> Gideon Orion Oliver, Esq.
> Attorneys for Plaintiff
> 277 Broadway
> Suite 1501
> New York, New York 10007
> Gideon@GideonLaw.com

> Moira Meltzer Cohen, Esq.
> Attorneys for Plaintiff
> 277 Broadway
> Suite 1501
> New York, New York 10007
> meltzercohen@gmail.com

> Regina Yu, Esq.
> Attorneys for Plaintiff
> 1639 Centre Street
> Suite 216
> Ridgewood, NY  11385-5335

regina@femmelaw.com

Yan Fu, Esq.
Attorneys for Plaintiff
43 West 43rd Street
Suite 205
New York, New York 10036-7424
yfu@thefufirm.com

Ryan T. Donovan, Esq.
Attorneys for Defendants Kennedy, Mahunik & Duda
50 State Street
Floor 2
Albany, NY 12207
RDonovan@lawcdm.com

Lauren Nicole Mordacq, Esq.
Attorneys for Defendants Kennedy, Mahunik & Duda
50 State Street
Floor 2
Albany, NY 12207
lmordacq@lawcdm.com


                                        /s/ Laurie A. Baker
                                        Laurie A. Baker